# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.              )
                                              )
                Plaintiff,          )       1:12-cv-00563 (CKK)
                                              )
                vs.                     )
                                              )
UNITED STATES DEPARTMENT OF    )
HOMELAND SECURITY           )
                                              )
                Defendant.       )
_____)

## DEFENDANT'S ANSWER

Defendant, the United States Department of Homeland Security ("DHS") hereby answers the complaint by Judicial Watch.

### Defendant's Responses to the Numbered Paragraphs

Answering the numbered paragraphs of plaintiff's complaint, defendant responds as follows:

### JURISDICTION AND VENUE

1.      This paragraph sets forth plaintiff's assertion of jurisdiction and thus is a legal conclusion to which no response is required.

2.      This paragraph sets forth plaintiff's assertion of venue and thus is a legal conclusion to which no response is required.

**PARTIES**

3.      This paragraph sets forth plaintiff's characterization of itself, its mission, and its activities, about which Defendant lacks sufficient knowledge and information to confirm or deny but has no reason not to credit.

4.      Deny the first sentence, except to admit that Defendant is an agency of the United States Government.[1] As to the second sentence, admit.

**STATEMENT OF FACTS**

5.      Admit.

6.      Admit.

7.      Admit.

8.      Admit.

9.      As to clauses (ii), (iii), and (iv), admit. As to clause (i), deny.

10.      Admit.

**COUNT 1**

11.      Defendant incorporates its responses to paragraphs 1 through 10 as its response to this paragraph, which realleges plaintiff's paragraphs 1 through 10.

12.      Paragraph 12 calls for a legal conclusion and as such, requires no answer. Insofar as an answer may be required, deny to the extent that the responsive records are being processed by Defendant and are subject to applicable exemptions from the disclosure requirements of the FOIA.

---

[1] U.S. Immigration and Customs Enforcement ("ICE"), the component of Defendant to which Plaintiff's FOIA request was addressed, is headquartered at the address named in the Complaint. DHS is not.

13.     Paragraph 13 calls for a legal conclusion and as such, requires no answer. Insofar as an answer may be required, Defendant lacks sufficient knowledge or information to confirm or deny.

The balance of the Complaint constitutes a prayer for relief to which no answer is required. Defendant further denies all allegations not expressly admitted or denied above.

THEREFORE, having fully answered, defendant asserts that plaintiff is not entitled to the relief requested, or to any relief whatsoever, and requests that this action be dismissed with prejudice and that defendant be given such other relief as the Court deems just and proper.

Dated: _May 16, 2012_                    Respectfully submitted,

                                         STUART F. DELERY
                                         Acting Assistant Attorney General

                                         JOHN R. TYLER
                                         Assistant Branch Director

                                           _/s/ ERIC J. SOSKIN_
                                         ERIC J. SOSKIN (PA Bar 200663)
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W.
                                         Washington, D.C. 20530
                                         Tel: (202) 353-0533
                                         Fax: (202) 305-2685
                                         Email: Eric.Soskin@usdoj.gov

                                         Attorneys for Respondents