IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY<br><br>　　　　　Defendant. | Civil Action No. 12-563 (CKK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement agreement between the parties, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Homeland Secruity hereby stipulate to the dismissal of this action with prejudice.

Dated: July 26, 2012

Respectfully submitted,

JUDICIAL WATCH, INC.

David Rothstein
D.C. Bar No. 450035
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiff*

STUART F. DELERY
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

ERIC J. SOSKIN (PA Bar 200663)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 305-2685
Email: Eric.Soskin@usdoj.gov

Attorneys for Respondents